MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff
Solar Sense DCS I, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Solar Sense DCS I, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Solar Eclipse Investment Fund III, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02184-JAM-JDP<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND SUBMIT JOINT STATUS REPORT**<br><br>Assigned to Hon. District Judge John A. Mendez<br><br>Trial Date:　　　N/A |

　　　　Plaintiff SolarSense DCS I, LLC ("SolarSense"), and Defendant Solar Eclipse Investment Fund III, LLC ("Fund III") hereby stipulate and agree to (1) an extension of time for Fund III to answer the Complaint from January 4, 2021 through and including February 1, 2021, and (2) an extension of the deadline for the parties to submit the Joint Status Report and otherwise comply with the requirements of the Court's October 30, 2020 Order [ECF No. 3] through and including March 3, 2021.

　　　　This additional time is needed for the parties to resolve a fundamental issue concerning the jurisdiction of this Court.  SolarSense and Fund III are in the process of determining the citizenship of the various members/partners of the non-public limited liability companies and limited partnerships that are parties or controlling persons of parties to this case to confirm

whether diversity jurisdiction exists.  The parties hope to resolve the jurisdictional issue without motion practice.

The parties respectfully submit that judicial economy is best served in determining whether this Court has jurisdiction first before requiring Fund III to file an answer or otherwise proceeding with the case.  Accordingly, SolarSense and Fund III respectfully submit that good cause exists for this extension of time.

DATED:  December 21, 2020   SEVERSON & WERSON
A Professional Corporation

By:  */s/ Michael J. Steiner*
MICHAEL J. STEINER

Attorneys for Plaintiff  Solar Sense DCS I, LLC

DATED:  December 18, 2020   BAKER & HOSTETLER LLP

By:  */s/ Kimberly S. Morris (authorized on December 18, 2020)*
KIMBERLY S. MORRIS

Attorneys for Defendant SOLAR ECLIPSE INVESTMENT FUND III, LLC

I, Michael J. Steiner, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kimberly S. Morris has concurred in this filing.

By: */s/ Michael J. Steiner*

**ORDER**

PURSUANT TO STIPULATION, IT SO ORDERED.

DATED:  December 21, 2020   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT…