ROBERT A. JULIAN (SBN 99469)
KIMBERLY S. MORRIS (SBN 249933)
KYLE T. CUTTS (SBN 257641)
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:   415.659.2600
Facsimile:    415.659.2601
Email:         rjulian@bakerlaw.com
                  kmorris@bakerlaw.com
                  kcutts@bakerlaw.com

*Attorneys for Defendant*
SOLAR ECLIPSE INVESTMENT FUND III, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Solar Sense DCS I, LLC, | Case No. 2:20-cv-02184-JAM-JDP |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| vs. | Assigned to Hon. District Judge John A. Mendez |
| Solar Eclipse Investment Fund III, LLC, et al., | |
| Defendants. | Trial Date:           N/A |

Defendant Solar Eclipse Investment Fund III, LLC ("Fund III") and Plaintiff SolarSense DCS I, LLC ("SolarSense") hereby stipulate and agree to a 14-day extension of time for Fund III to answer the Complaint, from February 1, 2021 through and including February 15, 2021.

This additional time is needed for the parties to resolve a fundamental issue concerning the jurisdiction of this Court. As stated in the parties' prior stipulation for extension of time, SolarSense and Fund III are in the process of determining the citizenship of the various members/partners of the non-public limited liability companies and limited partnerships that are parties or controlling persons of parties to this case to confirm whether diversity jurisdiction exists, with the goal of resolving any jurisdictional issues without motion practice.

The parties respectfully submit that judicial economy is best served in determining whether this Court has jurisdiction first before requiring Fund III to file an answer or otherwise proceeding with the case. Accordingly, SolarSense and Fund III respectfully submit that good cause exists for this extension of time.

DATED:  January 25, 2021　　　　　BAKER & HOSTETLER LLP

　　　　　　　　　　　　　　　　　By: _/s/Kimberly S. Morris_
　　　　　　　　　　　　　　　　　　　　KIMBERLY S. MORRIS

　　　　　　　　　　　　　　　　　Attorneys for Defendant Solar Eclipse Investment Fund III, LLC

DATED:  January 25, 2021　　　　　SEVERSON & WERSON
　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　By: _/s/Michael J. Steiner_
　　　　　　　　　　　　　　　　　　　　MICHAEL J. STEINER

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Solar Sense DCS I, LLC

### **ORDER**

PURSUANT TO STIPULATION, IT SO ORDERED.

DATED:  January 25, 2021　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE