MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff
Solar Sense DCS I, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Solar Sense DCS I, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>Solar Eclipse Investment Fund III, LLC, et al.,<br><br>  Defendants. | Case No. 2:20-cv-02184-JAM-JDP<br><br>**STIPULATION AND ORDER FOR REMAND TO SOLANO COUNTY SUPERIOR COURT**<br><br>Assigned to Hon. District Judge John A. Mendez |

Plaintiff SolarSense DCS I, LLC ("SolarSense"), and Defendant Solar Eclipse Investment Fund III, LLC ("Fund III"), through their respective counsel, stipulate as follows:

1. Fund III removed this action by filing and serving a notice of removal on October 30, 2020. Fund III's notice of removal asserted that the removal was based on diversity of citizenship, 28 U.S.C. § 1332(a)(1).

2. Following further investigation and discussion between the parties regarding jurisdiction, the parties agree and stipulate that the case be remanded to the Superior Court of the State of California for the County of Solano, where it was originally filed.

3. Fund III is currently in receivership pursuant to an action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-014247-CA-01.  The Receiver in that action, Neil Luria, has approved the foregoing stipulation.

4. No other defendants have appeared or been served thus far.

DATED:  February 16, 2021			SEVERSON & WERSON
						A Professional Corporation


						By:	*/s/ Michael J. Steiner*
							MICHAEL J. STEINER

						Attorneys for Plaintiff  Solar Sense DCS I, LLC

DATED:  February 11, 2021			BAKER & HOSTETLER LLP


						By:	*/s/ Kimberly S. Morris (authorized on February 11, 2021)*
							KIMBERLY S. MORRIS

						Attorneys for Defendant SOLAR ECLIPSE INVESTMENT FUND III, LLC

I, Michael J. Steiner, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kimberly S. Morris has concurred in this filing.

						By: */s/ Michael J. Steiner*

# ORDER

On the basis of the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. This action be, and it hereby is, remanded to the Superior Court of the State of California for the County of Solano.

2. Each party shall bear its own costs and attorneys' fees in connection with the removal and remand of this action.

3. The clerk of the court is directed to take any action necessary to remand this case to the state court.

DATED: February 16, 2021          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE